[No. 17050–3–I.   Division One.   March 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE RICHARD SANDBECK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00777–4, Stephen M. Reilly, J., entered

August 2, 1985. *Dismissed* by unpublished per curiam opinion.